UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID LARA CHAVEZ<br><br>    Plaintiff,<br><br>    v.<br><br>ALJEANDRO MAYORKAS, Secretary of Department of Homeland Security; UR MENDOZA JADDOU, Director, U.S.C.I.S.; LARA B. ZUCHOWSKI, Field Director Of U.S.C.I.S. Vermont Office,<br><br>    Defendants. | Civil Action No. 1:23-CV-00731 |

## ORDER

This matter is before the Court on the motion of the Defendants Alejandro Mayorkas, Secretary of the Department of Homeland Security; UR Mendoza Jaddou, Director of USCIS; and Lara B. Zuchowski, Field Director of the USCIS Vermont Office (hereinafter "Defendants"), with the consent of Plaintiff, for an extension of time to respond to the Complaint. The Court finds good cause to allow the request by consent.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [Doc. #11] is GRANTED, and Defendants are granted an extension of time within which to answer or otherwise respond to the Complaint, up to and including January 15, 2024.

This the 5th day of December, 2023.

                                                    /s/ Joi Elizabeth Peake
                                                 United States Magistrate Judge